UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
DANIEL ZAK,

                              Plaintiff,

   -against-                                    ORDER

FIVE TIER, INC.,                       20 Civ. 9375 (GBD) (DCF)

                            Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

     The March 17, 2021 conference is canceled, in light of this Court's referral to Magistrate Judge Debra C. Freeman for General Pretrial Supervision.

Dated: New York, New York
       March 11, 2021

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge