UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
DANIEL ZAK,

       Plaintiff,

  -against-           ORDER

FIVE TIER, INC.,         20 Civ. 9375 (GBD)

       Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

  Plaintiff and Defendant have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF No. 10.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1.  The settlement payment to Plaintiff in the amount of $15,150.00 is approved;

2.  The payment of attorneys' fees and costs in the amount of $5,000.00, and expenses in the amount of $650.00 to Plaintiff's counsel is approved.

Dated: January 03, 2022
    New York, New York

                   SO ORDERED.

                   *George B. Daniels*
                   GEORGE B. DANIELS
                   United States District Judge

2