UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL ZAK,

           Plaintiff,

-v-

FIVE TIER, INC.,

           Defendant.

CIVIL ACTION NO.: 20 Civ. 9375 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, June 13, 2022, Plaintiff shall serve on Defendant a copy of Judge Daniels' Order (ECF No. 12), Plaintiff's letter (ECF No. 14), the Court's Telephone Conference Scheduling Order (ECF No. 16), and **this Order**. By **Monday, June 20, 2022**, Plaintiff shall file proof of service on the docket.

Dated:     New York, New York
             June 13, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**