UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL ZAK,

                Plaintiff,

-v-

FIVE TIER, INC.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 9375 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 13, 2022, the Court ordered Plaintiff to (i) serve on Defendant a copy of Judge Daniels' Order (ECF No. 12), Plaintiff's letter (ECF No. 14), the Court's Telephone Conference Scheduling Order (ECF No. 16), and the Court's Order (ECF No. 17), and (ii) file proof of service on the docket by Monday, June 20, 2022 (the "June 13 Order").  (Id.)  To date, Plaintiff has not complied with the June 13 Order.  Accordingly, Plaintiff shall comply with the June 13 Order by **Friday, July 8, 2022**.

Dated:      New York, New York
              June 27, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**