UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL ZAK,

            Plaintiff,

  -v-

FIVE TIER, INC.,

            Defendant.

CIVIL ACTION NO.: 20 Civ. 9375 (GBD) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The First Amended Complaint ("FAC") in this action was served on November 2, 2022, with Defendant Five Tier, Inc.'s response due by November 23, 2022. (ECF Nos. 39–44). No response to the FAC having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Tuesday, December 6, 2022** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable George B. Daniels, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Tuesday, December 20, 2022**.

Dated:    New York, New York
            November 29, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**