UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL ZAK,

            Plaintiff,

-v-

FIVE TIER, INC.,

            Defendant.

CIVIL ACTION NO.: 20 Civ. 9375 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

By **Friday, December 6, 2023**, Plaintiff Daniel Zak ("Zak") shall file proof of service of Zak's motion for default judgment and all supporting documents, (i.e., ECF Nos. 51–54), on Defendant Five Tier, Inc.

Dated:       New York, New York
                January 5, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**