UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DANIEL ZAK,

                Plaintiff,

    -against-

FIVE TIER, INC.,

                Defendant.

------------------------------------- x

ORDER

20 Civ. 9375 (GBD) (SLC)

GEORGE B. DANIELS, District Judge:

    This action having been commenced by the filing of a Complaint and Summons on November 9, 2020 and November 13, 2020, respectively, (ECF Nos. 1, 5), and continued with the filing of the First Amended Complaint on October 13, 2022, (ECF No. 39), and an amended summons having been served on Defendant Five Tier, Inc. on October 14, 2022, and proof of service having been filed on October 14, 2022, (ECF No. 42), the aforementioned Defendant having failed to answer, appear, or otherwise move with respect to the First Amended Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

    ORDERED, ADJUDGED, AND DECREED that Plaintiff Daniel Zak has judgment against the aforementioned Defendant.

    This matter is referred to Magistrate Judge Sarah L. Cave for an inquest on damages, prejudgment interest, costs, and attorneys' fees.

    The Clerk of Court is directed to close the open motion at ECF No. 51.

Dated: March 13, 2023
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge